JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GARCIA, | Case No. CV 19-9382 JLS (PVC) |
|            Petitioner, | |
|    v. | **JUDGMENT** |
| R. JOHNSON, Warden, et al., | |
|            Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: August 12, 2020

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE